UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Sarah K. McCaffery, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorney for Westlake Services, LLC

In Re:
    Charles E. Brower
    aka Charles Brower
    aka Charles Edward Brower
        *(Debtor)*

Order Filed on September 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 23-11437-CMG

Chapter: 13

Judge: Christine M. Gravelle

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered page two (2), is hereby **ORDERED**.

**DATED: September 21, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtors:        Charles E. Brower
Case No.        23-11437-CMG
Caption of Order:        **ORDER VACATING AUTOMATIC STAY**

Upon the motion of WESTLAKE SERVICES, LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

ORDERED as follows:

1.      The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant, its successors and/or assigns, if any, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to repossess and/or sell the Vehicle held by the Movant upon the following:

Vehicle commonly known as: **2011 Ford F-150 SuperCrew FX4 4WD; VIN 1FTFW1ET1BFC40594**

2.      The Movant may join the debtor and any trustee appointed in this case as defendant in its repossession action(s) irrespective of any conversation to any other chapter of the Bankruptcy.

3.      Movant is hereby exempt from further compliance with Fed Rule Bankr.P.3002.1 in the instant bankruptcy case.