UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Sarah K. McCaffery, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorney for Westlake Services, LLC

Order Filed on September 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
   Charles E. Brower
   aka Charles Brower
   aka Charles Edward Brower
      *(Debtor)*

Case No: 23-11437-CMG

Chapter: 13

Judge: Christine M. Gravelle

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered page two (2), is hereby **ORDERED**.

**DATED: September 21, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtors:       Charles E. Brower
Case No.       23-11437-CMG
Caption of Order:    **ORDER VACATING AUTOMATIC STAY**
_____

Upon the motion of WESTLAKE SERVICES, LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant, its successors and/or assigns, if any, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to repossess and/or sell the Vehicle held by the Movant upon the following:

Vehicle commonly known as: **2011 Ford F-150 SuperCrew FX4 4WD; VIN 1FTFW1ET1BFC40594**

2. The Movant may join the debtor and any trustee appointed in this case as defendant in its repossession action(s) irrespective of any conversation to any other chapter of the Bankruptcy.

3. Movant is hereby exempt from further compliance with Fed Rule Bankr.P.3002.1 in the instant bankruptcy case.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 23-11437-CMG
Charles E. Brower                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                User: admin                                Page 1 of 2
Date Rcvd: Sep 21, 2023                             Form ID: pdf903                            Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Charles E. Brower, 14 Wards Ln, Bayville, NJ 08721-2537 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2023                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Charles E. Brower bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Fay Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Fay Servicing  LLC laura.egerman@mccalla.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Phillip Andrew Raymond | on behalf of Creditor Fay Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sarah K. McCaffery | on behalf of Creditor Westlake Services  LLC ckohn@hoflawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                                    User: admin                                        Page 2 of 2
Date Rcvd: Sep 21, 2023                          Form ID: pdf903                                Total Noticed: 1
TOTAL: 7