| | |
|---|---|
| **DISTRICT OF NEW JERSEY**<br>**UNITED STATES BANKRUPTCY COURT**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Courtney R Shed, Esq. - 414442023<br>GROSS POLOWY LLC<br>Formed in the State of Delaware<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059<br>(716) 204-1700<br>E-mail: cshed@grosspolowy.com<br>Attorneys for Creditor Fay Servicing, LLC | |
| In Re:<br><br>    CHARLES E. BROWER<br>    AKA CHARLES BROWER<br>    AKA CHARLES EDWARD BROWER<br><br>    Debtor(s). | Case No.: 23-11437-cmg<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Fay Servicing, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
    95 Mount Bethel Road, Suite 3
    Warren, NJ 07059

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

DATED: December 12, 2023                GROSS POLOWY LLC
                                                    Formed in the State of Delaware

                                                    */s/ Courtney R Shed*
                                                    By: Courtney R Shed, Esq.

*new.8/1/15*