| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Charles E. Brower<br><br>Debtor(s) |

Case No.: 23-11437 / MEH

Judge: Mark Edward Hall

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 1/14/2025, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  1/14/2025

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Charles E. Brower<br>14 Wards Ln<br>Bayville, NJ  08721-2537 | Debtor(s) | Regular Mail |
| Daniel E. Straffi, Esq.<br>Straffi & Straffi<br>670 Commons Way, Bldg. 1<br>Toms River, NJ  08755 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |