Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11437−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Charles E. Brower
    aka Charles Brower, aka Charles Edward
    Brower
    14 Wards Ln
    Bayville, NJ 08721−2537

Social Security No.:
    xxx−xx−3520

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/29/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 29, 2025
JAN: km

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 23-11437-MEH
Charles E. Brower                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                Page 1 of 3
Date Rcvd: Jan 29, 2025                 Form ID: 148                                Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charles E. Brower, 14 Wards Ln, Bayville, NJ 08721-2537 |
| 519843887 | + | Cardiology Associates Of Ocean County, 495 Jack Martin Blvd, Suite 2, Brick, NJ 08724-7768 |
| 520110262 | + | Fay Servicing, LLC, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519843896 | | Frank Danzi, Esq., 43 Lennox Ave, Rumson, NJ 07760-1506 |
| 519843897 | | John Ludlow, 12 Ward St, Bayville, NJ 08721-3054 |
| 519843898 | | Kevin Waligroski, 204 Donald St, Lanoka Harbor, NJ 08734-1605 |
| 519843902 | | Novins York Jacobus & Dooley, 202 Main St, Toms River, NJ 08753-7438 |
| 519843904 | | Ocean Medical Center, PO Box 4171401 Meridian Health, Boston, MA 02241-7140 |
| 519843908 | | The Law Office of Judith G. Amorski, Esq, 10 W Main St Ste 2, Freehold, NJ 07728-2283 |
| 519843909 | | Tippy Top Tree Service, 204 Donald St, Lanoka Harbor, NJ 08734-1605 |
| 519843910 | | Wendy Ludlow, 12 Ward St, Bayville, NJ 08721-3054 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519843888 | | Email/Text: dlewis@csandw-llp.com | Jan 29 2025 20:53:00 | Celentano, Stadtmauer & Walentowicz, LLp, 1035 Route 46 East, PO Box 2594, Notchview Office Park, Clifton, NJ 07015-2594 |
| 519843885 | | EDI: CAPITALONE.COM | Jan 30 2025 01:37:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519843886 | | EDI: CAPITALONE.COM | Jan 30 2025 01:37:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519882742 | + | EDI: AIS.COM | Jan 30 2025 01:38:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519843889 | | EDI: CITICORP | Jan 30 2025 01:37:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519843890 | | Email/Text: bankruptcy@consumerportfolio.com | Jan 29 2025 20:53:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 519843891 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 29 2025 20:53:00 | Consumer Portfolio Svc, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 519843892 | | EDI: DISCOVER | | |

Case 23-11437-MEH    Doc 45    Filed 01/31/25    Entered 02/01/25 00:14:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: 148 | Total Noticed: 40 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 30 2025 01:37:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519871182 | | EDI: DISCOVER | | |
| | | | Jan 30 2025 01:37:00 | Discover Bank/Discover Products Inc, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519843893 | | EDI: DISCOVER | | |
| | | | Jan 30 2025 01:37:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519843895 | | Email/Text: ECF@fayservicing.com | | |
| | | | Jan 29 2025 20:52:00 | Fay Servicing LLC, 1601 Lyndon B Johnson Fwy, Farmers Branch, TX 75234-6034 |
| 519843894 | | Email/Text: ECF@fayservicing.com | | |
| | | | Jan 29 2025 20:52:00 | Fay Servicing LLC, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 519891320 | | Email/Text: ECF@fayservicing.com | | |
| | | | Jan 29 2025 20:52:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519858492 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 29 2025 20:50:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519843900 | | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jan 29 2025 20:52:00 | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 519910590 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | | Jan 29 2025 20:52:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519843901 | | Email/Text: lauren.dooley@nyplaw.com | | |
| | | | Jan 29 2025 20:53:00 | Novins York & Jacobus, 202 Main St, Toms River, NJ 08753-7438 |
| 519843903 | | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jan 29 2025 20:52:00 | Nstar/cooper, 350 Highland St, Houston, TX 77009-6623 |
| 519908406 | | EDI: PRA.COM | | |
| | | | Jan 30 2025 01:38:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519843906 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Jan 29 2025 20:52:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519903318 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 29 2025 20:50:44 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519843905 | + | Email/Text: ebn@vativrecovery.com | | |
| | | | Jan 29 2025 20:53:00 | Palisades Collection, LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 519843907 | | EDI: CITICORP | | |
| | | | Jan 30 2025 01:37:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519896065 | + | EDI: AIS.COM | | |
| | | | Jan 30 2025 01:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519843911 | + | Email/Text: bankruptcynotice@westlakefinancial.com | | |
| | | | Jan 29 2025 20:53:00 | Westlake Financial Svc, 4751 Wilshire Blvd # Bvld, Los Angeles, CA 90010-3847 |
| 519843912 | ^ | MEBN | | |
| | | | Jan 29 2025 20:44:55 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |
| 519868662 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 29 2025 21:05:45 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519843899 | ## | Mark A. Schneider, Esq., 55 Manchester Ave, Forked River, NJ 08731-1359 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

Case 23-11437-MEH    Doc 45    Filed 01/31/25    Entered 02/01/25 00:14:55    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: 148 | Total Noticed: 40 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Courtney R. Shed | on behalf of Creditor Fay Servicing  LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Daniel E. Straffi | on behalf of Debtor Charles E. Brower bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Fay Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Fay Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Fay Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sarah K. McCaffery | on behalf of Creditor Westlake Services  LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9